AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

CORY PHILLIPS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:07CR20013-001
USM Number: 07873-010

James B. Pierce
Defendant's Attorney

**THE DEFENDANT:**

X plead guilty to violation of condition(s) __standard conditions number 3 and 9__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard # 3 | Failure to follow instructions of the probation officer. | April 16, 2014 |
| Standard # 9 | Association with known felons. | April 16, 2014 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

X The defendant has not violated condition(s) __new law violation__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-6273

Defendant's Date of Birth: xx-xx-1983

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxxxx

Van Buren, AR 72956

Defendant's Mailing Address:

Same as above

April 29, 2014
Date of Imposition of Judgment

Signature of Judge

Honorable Robert T. Dawson, Senior United States District Judge
Name and Title of Judge

4/29/14
Date

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: PHILLIPS, CORY
CASE NUMBER: 2:07CR20013-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Twelve (12) months with no supervised release to follow imprisonment. Further, the defendant is to be given credit for time served in federal custody from September 18, 2013, to October 29, 2013, which will be credit for 42 days.**

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant serve his term of imprisonment in Texarkana, Texas, or Forest City, Arkansas.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     X   before 1 p.m. on   June 10, 2014   .

     X   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL